# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 4, 2012

Robert P. Young, Jr.,
Chief Justice

141447

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

MICHIGAN BASIC PROPERTY
INSURANCE ASSOCIATION,
      Petitioner-Appellant,

v

THE OFFICE OF FINANCIAL AND
INSURANCE REGULATION and
COMMISSIONER OF THE OFFICE OF
FINANCIAL AND INSURANCE
REGULATION,
      Respondents-Appellees.

SC: 141447
COA: 293766
Ingham CC: 08-000950-AA

_____/

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2012

_____
Clerk

p0501